UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-v- No. 20-CR-00126-LTS-8

Miguel Belardo,

Defendant.

-----------------------------------------------------x

ORDER

Laura Taylor Swain, Chief United States District Judge:

On September 30, 2020, Mr. Belardo was sentenced principally to a term of imprisonment of 96 months. (See docket entry no. 120.)

On December 12, 2023 and December 27, 2023, Mr. Belardo filed a motion (see docket entry nos. 445, 447) requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively to reduce or eliminate sentencing enhancements ("status points") based on commission of crimes while the individual is under a criminal justice sentence.

In light of that motion, the United States Probation Office for the Southern District of New York analyzed the application of the amended Guidelines to Mr. Belardo's case and issued a supplemental presentence report concluding that Mr. Belardo is not eligible for a sentence reduction. (See docket entry no. 448.) In a July 30, 2024 order, the Court concluded that Mr. Belardo is ineligible for a reduction under Amendment 821 because the amendment does not change the Guideline range that applies to his case. (See docket entries no. 458, 459.)

The Court was, therefore, without power to impose a reduced sentence pursuant to Amendment 821 and denied Mr. Belardo's motion.

On November 17, 2026, the Court received another motion from Mr. Belardo requesting that the Court reduce his sentence pursuant to Amendment 821 and requesting the appointment of counsel to represent him in connection with this motion. However, the effect of Amendment 821 on Mr. Belardo's sentence has not changed since the Court's 2024 order. The Court, therefore, denies Mr. Belardo's request for the appointment counsel and denies his underlying request to reduce his sentence for the reasons stated in the 2024 order.

This order resolves docket entry no. 534.

The Clerk of Court is respectfully directed to mail a copy of this order, along with a contemporaneously filed form order and a copy of the supplemental presentence report, to Mr. Belardo at the address below.

SO ORDERED.

Dated: New York, New York
November 18, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy to be mailed to:**

Miguel Belardo
Reg. No. 87835-054
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472