# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
Miguel Belardo

Case No: 01:20crim126-08 (LTS)
USM No: 87835-054

Date of Original Judgment: 10/07/2020
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

Anthony Cecutti, Esq.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/07/2020 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/18/2026

/s/ Laura Taylor Swain
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

Laura Taylor Swain, Chief UDSJ
*Printed name and title*